UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE O N EQUITY SALES COMPANY

       Plaintiff(s),                              No. 07-02844 JL

    v.                                     NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

DANIEL MARIA CUI

       Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for September 5, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: June 4, 2007

                                                     Richard W. Wieking, Clerk
                                                     United States District Court

                                                     *Wings Hom*
                                                     By: Wings Hom, Deputy Clerk