1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Joseph A. Meckes (State Bar No. 190279)
2  Daniel T. Balmat (State Bar No. 230504)
   One Maritime Plaza, Suite 300
3  San Francisco, CA 94111-3492
   Telephone: +1.415.954.0200
4  Facsimile:  +1.415.393.9887

5  Attorneys for Plaintiff
   THE O.N. EQUITY SALES COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation, | Case No. CV 07-02844 JL |
| Plaintiff, | **Proof of Service** |
| vs. | |
| DANIEL MARIA CUI, an individual, | |
| Defendant. | |

**SQUIRE, SANDERS &**
**DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Proof of Service

## **PROOF OF SERVICE**

I, KIM NHUNG T. PHAN, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On June 6, 2007, I served the document(s) described as:

1. **CIVIL STANDING ORDERS**
2. **REASSIGNMENT ORDER**
3. **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
4. **STANDING ORDER FOR CIVIL PRACTICE DEPOSITION GUIDELINES**

☒ **BY US MAIL:** On the above date, I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth above to the party listed below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

Daniel Maria Cui
6556 Lansing Court
Pleasanton, California 94566

Executed on June 6, 2007, at San Francisco, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Kim Nhung T. Phan                              /s/

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492