UNITED STATES DISTRICT COURT

Northern District of California

The O.N. EQUITY SALES COMPANY,
an Ohio Corporation,

      Plaintiff(s),

 v.

DANIEL MARIA CUI,
an individual,

      Defendant(s).

CASE NO. C-07-2844 JSW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

 Joel A. Goodman, an active member in good standing of the bar of Florida, whose business address and telephone number (particular court to which applicant is admitted) is

Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd, Suite 808
P.O. Box 17709, Clearwater, FL  33762  Tel: (727) 524-8486,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Defendant,

 IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6·12·07

Honorable Jeffrey S. White
United States Magistrate Judge