

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MARIA CUI, an individual,<br><br>Defendant. | Civil Action No. C-07-2844 JL JSW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF MICHAEL R. REED *PRO HAC VICE* |

Michael R. Reed, an active member in good standing of the bars of the State of Ohio (SBN0063995), the United States District Court for the Southern District of Ohio, the United States District Court for the Northern District of Ohio, the United States Court of Appeal for the Sixth Circuit, the United States Court of Appeal for the Eleventh Circuit, and the United States Supreme Court, whose business address is Zeiger, Tigges & Little, LLP, 3500 Huntington Center, 41 South High Street, Columbus, Ohio 43215, telephone (614) 365-9900, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice basis*, representing plaintiff THE O.N. EQUITY SALES COMPANY, an Ohio corporation, in the above-captioned action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 2 0 2007 , 2007    _____
United States District Judge

[Proposed] Order Granting Application for Admission of Michael R. Reed
*Pro Hac Vice*; Case No. C-07-2844 JL