Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

Cary S. Lapidus (CA Bar No. 123983)
Email: CaryLapidus@aol.com
Law Offices of Cary S. Lapidus
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 296-7101
Facsimile: (415) 296-7821

Attorneys for Defendant Daniel Maria Cui

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THE O.N. EQUITY SALES COMPANY,     )    Case No. C 07-02844 JSW
                                   )
                    Plaintiff,     )
                                   )
    v.                             )    **CERTIFICATION OF INTERESTED**
                                   )    **ENTITIES OR PERSONS**
DANIEL MARIA CUI,                  )
                                   )
                    Defendant.     )
_____)

        Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Daniel Maria Cui – Defendant

    2.    The O.N. Equity Sales Company – Plantiff

    3.    The Ohio National Life Insurance Company – Parent company of Plaintiff

1                       Respectfully submitted,

2    DATED: June 22, 2007        GOODMAN & NEKVASIL, P.A.

3                       By: ____/s/ Joel A. Goodman_____
                               Joel A. Goodman

4                         Attorney *pro hac vice*

5                       LAW OFFICES OF CARY S. LAPIDUS
                         Cary S. Lapidus

6                         Local counsel

7                       Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES    Case No. C 07-02844 JSW

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below, and I hereby certify that I have mailed the foregoing via U.S. Mail to the non-CM/ECF participants indicated on the Manual Notice List below.

/s/ Joel A. Goodman
Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

**Electronic Mail Notice List**

Daniel T. Balmat
dbalmat@ssd.com

Joseph Anthony Meckes
jmeckes@ssd.com, sfr_docket@ssd.com

**Manual Notice List**

Marion H. Little
Michael R. Reed
Zeiger, Tigges & Little, LLP
3500 Hunter Center
41 South High Street
Columbus, OH 43215