# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| O.N. Equity Sales Company,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Cui,<br><br>　　　　　　Defendant(s). | 07-02844 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 20, 2007

                      RICHARD W. WIEKING
                      Clerk
                      by:    Timothy J. Smagacz

                      */s/ Timothy Smagacz*
                      ADR Administrative Assistant
                      415-522-4205
                      Tim_Smagacz@cand.uscourts.gov

United States District Court
Northern District of California

**Notice Re: Noncompliance With Court Order**
07-02844 JSW                                  -2-

**PROOF OF SERVICE**

Case Name:	O.N. Equity Sales Company v. Cui

Case Number:	07-02844 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>	ADR Program
>	United States District Court
>	Norther District of California
>	450 Golden Gate Avenue Floor 16
>	San Francisco, CA 94102

On August 20, 2007, I served a true and correct copy of:

>	**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>	Daniel T. Balmat
>	Squire, Sanders & Dempsey, LLP
>	One Maritime Plaza
>	Suite 300
>	San Francisco, CA 94111-3492
>	dbalmat@ssd.com
>
>	Joseph Anthony Meckes
>	Squire Sanders & Dempsey
>	One Maritime Plaza Ste 300
>	San Francisco, CA 94111-3492
>	jmeckes@ssd.com
>
>	Michael R. Reed
>	Zeiger, Tigges and Little, LLP
>	3500 Huntington Center
>	41 South High Street
>	Columbus, OH 43215
>
>	Marion H. Little
>	Zeiger, Tigges & Little, LLP

3500 Hunter Center
41 South High Street
Columbus, OH 43215

Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd.
Suite 808
P.O. Box 17709
Clearwater, FL 33762
gn.law@verizon.net

Cary Scott Lapidus
Cary S. Lapidus Law Offices
425 California Street
Suite 2100
San Francisco, CA 94104
carylapidus@aol.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 20, 2007 in San Francisco, California.

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Timothy J. Smagacz

                                        _____
                                        ADR Administrative Assistant
                                        415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov