UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The O.N. EQUITY SALES COMPANY,

        Plaintiff(s),

v.

DANIEL MARIA CUI,

        Defendant(s).
_____/

Case No. C 07-02844 JSW

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 08/21/2007

/s/ Daniel Maria Cui
[Party]

Dated: 08/21/2007

/s/ Joel A. Goodman
[Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Cary S. Lapidus (CA Bar No. 123983)
Email: CaryLapidus@aol.com
Law Offices of Cary S. Lapidus
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 296-7101
Facsimile: (415) 296-7821
Local counsel

Attorneys for Defendant Daniel Maria Cui

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, | Case No. C 07-02844 JSW |
| Plaintiff, | |
| v. | **DECLARATION OF JOEL A. GOODMAN** |
| DANIEL MARIA CUI, | |
| Defendant. | |

I, Joel A. Goodman, declare and state as follows:

1. I am an attorney licensed to practice law before all courts of the State of Florida. I am a member of Goodman & Nekvasil, P.A., counsel for the Defendant in this cause and in the underlying arbitration. I am fully familiar with the facts set forth below. If called to testify at trial I would and could competently testify to the following.

2. Pursuant to this Court's General Order No. 45(X)(B), I attest that I have obtained from Daniel Maria Cui his concurrence in the filing of the ADR Certification by Parties and Counsel to which this Declaration is attached, which shall serve in lieu of his signature on the ADR Certification.

-1-

[Declaration of Joel A. Goodman]   Case No. C 07-02844 JSW

1     I declare under penalty of perjury that the foregoing is true and correct to the best of my
2 knowledge.
3     Dated this 21st day of August, 2007.

                                  /s/ Joel A. Goodman
                                Joel A. Goodman
                                Counsel for Defendant

| | |
|---|---|
| 1 | Joel A. Goodman (FL Bar No. 802468) |
|  | Admitted *pro hac vice* |
| 2 | Email: gn.law@verizon.net |
|  | Goodman & Nekvasil, P.A. |
| 3 | 14020 Roosevelt Blvd., Suite 808 |
|  | P.O. Box 17709 |
| 4 | Clearwater, Florida 33762 |
|  | Telephone:  727-524-8486 |
| 5 | Facsimile:  727-524-8786 |
|  | |
| 6 | Cary S. Lapidus (CA Bar No. 123983) |
|  | Email: CaryLapidus@aol.com |
| 7 | Law Offices of Cary S. Lapidus |
|  | 425 California Street, Suite 2100 |
| 8 | San Francisco, CA 94104 |
|  | Telephone: (415) 296-7101 |
| 9 | Facsimile: (415) 296-7821 |
|  | Local counsel |
| 10 | |
|  | Attorneys for Defendant Daniel Maria Cui |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE O.N. EQUITY SALES COMPANY, | ) | Case No. C 07-02844 JSW |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |
| DANIEL MARIA CUI, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

I hereby certify that on August 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below, and I hereby certify that I have mailed the foregoing via U.S. Mail to the non-CM/ECF participants indicated on the Manual Notice List below.

 /s/ Joel A. Goodman
Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Electronic Mail Notice List**
Daniel T. Balmat
dbalmat@ssd.com

Joseph Anthony Meckes
jmeckes@ssd.com, sfr_docket@ssd.com

**Manual Notice List**
Marion H. Little
Michael R. Reed
Zeiger, Tigges & Little, LLP
3500 Hunter Center
41 South High Street
Columbus, OH 43215