Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

Cary S. Lapidus (CA Bar No. 123983)
Email: CaryLapidus@aol.com
Law Offices of Cary S. Lapidus
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 296-7101
Facsimile: (415) 296-7821
Local counsel

Attorneys for Defendant Daniel Maria Cui

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, ) | Case No. C 07-02844 JSW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PARTIES' JOINT STIPULATION** |
| ) | **TO RESCHEDULE CASE** |
| DANIEL MARIA CUI, ) | **MANAGEMENT CONFERENCE** |
| ) | |
| Defendant. ) | |

    Defendant, Daniel Maria Cui, through his undersigned counsel, and Plaintiff, The O.N. Equity Sales Company, through its undersigned counsel, hereby submit the parties' joint stipulation to reschedule the case management conference previously scheduled for August 31, 2007 at 1:30 p.m., to the new date of September 7, 2007 at 1:30 p.m., in Courtroom 2, before Judge Jeffrey S. White.  Lead counsel for the parties are traveling from the east coast and because Defendant's counsel has several people who are traveling from out of state to visit with him over the long Labor Day weekend, the one-week postponement until September 7, 2007 should not impact the processing of this case, and hopefully does not inconvenience this Court.

WHEREFORE, the parties jointly stipulate that the Court reschedule the case management conference to a hearing date of September 7, 2007 at 1:30 p.m. in Courtroom 2, before Judge Jeffrey S. White.

SO STIPULATED.

Dated August 22, 2007                    GOODMAN & NEKVASIL, P.A.

                                         By:  /s/ Joel A. Goodman
                                              Joel A. Goodman
                                              Attorney *pro hac vice* for Defendants


                                         LAW OFFICES OF CARY S. LAPIDUS
                                              Cary S. Lapidus, Esq.
                                              Local Counsel


Dated August 22, 2007                    SQUIRES, SANDERS & DEMPSEY, LLP

                                         By:  /s/ Joseph A. Meckes
                                              Joseph A. Meckes, Esq.
                                              Daniel T. Balmat, Esq.
                                              Local Counsel


                                         ZEIGER, TIGGES & LITTLE, LLP
                                              Marion H. Little, Jr.
                                              Michael R. Reed
                                              Attorneys *pro hac vice* for Plaintiff

Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Cary S. Lapidus (CA Bar No. 123983)
Email: CaryLapidus@aol.com
Law Offices of Cary S. Lapidus
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 296-7101
Facsimile: (415) 296-7821
Local counsel

Attorneys for Defendant Daniel Maria Cui

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, | Case No. C 07-02844 JSW |
| Plaintiff, | |
| v. | **DECLARATION OF JOEL A. GOODMAN** |
| DANIEL MARIA CUI, | |
| Defendant. | |

I, Joel A. Goodman, declare and state as follows:

1. I am an attorney licensed to practice law before all courts of the State of Florida. I am a member of Goodman & Nekvasil, P.A., counsel for the Defendant in this cause and in the underlying arbitration. I am fully familiar with the facts set forth below. If called to testify at trial I would and could competently testify to the following.

2. Lead counsel for the parties are traveling from the east coast and because Defendant's counsel has several people who are traveling from out of state to visit with him over the long Labor Day weekend, the one-week postponement until September 7, 2007 should not impact the processing

1  of this case, and hopefully does not inconvenience this Court.  No previous time modifications have
2  occurred in this case.
3      3.    Pursuant to this Court's General Order No. 45(X)(B), I attest that I have obtained
4  from counsel for the Plaintiff his concurrence in the filing of the Joint Stipulation to Reschedule
5  Case Management Conference to which this Declaration is attached, which shall serve in lieu of his
6  signature on the Joint Stipulation.
7      I declare under penalty of perjury that the foregoing is true and correct to the best of my
8  knowledge.
9      Dated this 22nd day of August, 2007.
10
11     /s/ Joel A. Goodman
    Joel A. Goodman
12     Counsel for Defendant

-2-

[Declaration of Joel A. Goodman]   Case No. C 07-02844 JSW

1  Joel A. Goodman (FL Bar No. 802468)
   Admitted *pro hac vice*
2  Email: gn.law@verizon.net
   Goodman & Nekvasil, P.A.
3  14020 Roosevelt Blvd., Suite 808
   P.O. Box 17709
4  Clearwater, Florida 33762
   Telephone:  727-524-8486
5  Facsimile:  727-524-8786

6  Cary S. Lapidus (CA Bar No. 123983)
   Email: CaryLapidus@aol.com
7  Law Offices of Cary S. Lapidus
   425 California Street, Suite 2100
8  San Francisco, CA 94104
   Telephone: (415) 296-7101
9  Facsimile: (415) 296-7821
   Local counsel
10
   Attorneys for Defendant Daniel Maria Cui
11

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

14 THE O.N. EQUITY SALES COMPANY,        ) Case No. C 07-02844 JSW
                                         )
15         Plaintiff,                    )
                                         )
16    v.                                 ) **CERTIFICATE OF SERVICE**
                                         )
17 DANIEL MARIA CUI,                     )
                                         )
18         Defendant.                    )
                                         )
19 _____)

20      I hereby certify that on August 22, 2007, I electronically filed the foregoing with the Clerk

21 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

22 addresses denoted on the Electronic Mail Notice List below, and I hereby certify that I have mailed

23 the foregoing via U.S. Mail to the non-CM/ECF participants indicated on the Manual Notice List

24 below.

25                                        /s/ Joel A. Goodman
                                         Joel A. Goodman
26                                       Goodman & Nekvasil, P.A.
                                         14020 Roosevelt Blvd., Suite 808
27                                       P.O. Box 17709
                                         Clearwater, Florida 33762
28                                       Telephone: 727-524-8486
                                         Facsimile:  727-524-8786

**Electronic Mail Notice List**

Daniel T. Balmat
dbalmat@ssd.com

Joseph Anthony Meckes
jmeckes@ssd.com, sfr_docket@ssd.com

**Manual Notice List**

Marion H. Little
Michael R. Reed
Zeiger, Tigges & Little, LLP
3500 Hunter Center
41 South High Street
Columbus, OH 43215