**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL MARIA CUI,<br><br>　　　　　　Defendant. | Case No. C 07-02844 JSW<br><br>**[PROPOSED]**<br>**ORDER RESCHEDULING CASE**<br>**MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court having reviewed and considered the stipulation to reschedule case management conference, hereby grants the request and reschedules the case management conference to the date of September 7, 2007 at 1:30 p.m. before the Honorable Jeffrey S. White, in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated this ____ day of August, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge