# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, | Case No. C 07-02844 JSW |
| Plaintiff, | |
| v. | **[PROPOSED]** <br> **ORDER RESCHEDULING CASE** <br> **MANAGEMENT CONFERENCE** |
| DANIEL MARIA CUI, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court having reviewed and considered the stipulation to reschedule case management conference, hereby grants the request and reschedules the case management conference to the date of September 7, 2007 at 1:30 p.m. before the Honorable Jeffrey S. White, in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated this  23   day of August, 2007.

_Jeffrey S. White_
Jeffrey S. White
U.S. District Judge

[Order Rescheduling Case Management Conference]     Case No. C 07-02844 JSW