UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The O.N. EQUITY SALES COMPANY,

                Plaintiff(s),

        v.

DANIEL MARIA CUI,

                Defendant(s).

CASE NO. C 07-02844 JSW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 31, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Joel A. Goodman | Daniel Maria Cui | (727) 524-8486 | gn.law@verizon.net |
| Michael R. Reed | The O.N. Equity Sales Company | (614) 365-9900 | reed@litohio.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 08/23/2007

                                            Attorney for Plaintiff

Dated: 08/23/2007

                                            /s/ Joel A. Goodman
                                            Attorney for Defendant

Rev 12.05 When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

| | |
|---|---|
| 1 | Joel A. Goodman (FL Bar No. 802468) |
|   | Admitted *pro hac vice* |
| 2 | Email: gn.law@verizon.net |
|   | Goodman & Nekvasil, P.A. |
| 3 | 14020 Roosevelt Blvd., Suite 808 |
|   | P.O. Box 17709 |
| 4 | Clearwater, Florida 33762 |
|   | Telephone: 727-524-8486 |
| 5 | Facsimile: 727-524-8786 |
| 6 | Cary S. Lapidus (CA Bar No. 123983) |
|   | Email: CaryLapidus@aol.com |
| 7 | Law Offices of Cary S. Lapidus |
|   | 425 California Street, Suite 2100 |
| 8 | San Francisco, CA 94104 |
|   | Telephone: (415) 296-7101 |
| 9 | Facsimile: (415) 296-7821 |
|   | Local counsel |
| 10 | |
|   | Attorneys for Defendant Daniel Maria Cui |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THE O.N. EQUITY SALES COMPANY, | ) | Case No. C 07-02844 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| DANIEL MARIA CUI, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below, and I hereby certify that I have mailed the foregoing via U.S. Mail to the non-CM/ECF participants indicated on the Manual Notice List below.

                                                                             /s/ Joel A. Goodman
                                                                             Joel A. Goodman
                                                                             Goodman & Nekvasil, P.A.
                                                                             14020 Roosevelt Blvd., Suite 808
                                                                             P.O. Box 17709
                                                                             Clearwater, Florida 33762
                                                                             Telephone: 727-524-8486
                                                                             Facsimile: 727-524-8786

-1-

| | |
|---|---|
| 1 | |
| 2 | **Electronic Mail Notice List** |
| | Daniel T. Balmat |
| 3 | dbalmat@ssd.com |
| 4 | **Manual Notice List** |
| | Marion H. Little |
| 5 | Michael R. Reed |
| | Zeiger, Tigges & Little, LLP |
| 6 | 3500 Hunter Center |
| | 41 South High Street |
| 7 | Columbus, OH 43215 |

1

2  **Electronic Mail Notice List**
   Daniel T. Balmat                    Joseph Anthony Meckes
3  dbalmat@ssd.com                     jmeckes@ssd.com, sfr_docket@ssd.com

4  **Manual Notice List**
   Marion H. Little
5  Michael R. Reed
   Zeiger, Tigges & Little, LLP
6  3500 Hunter Center
   41 South High Street
7  Columbus, OH 43215

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28