**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL MARIA CUI,<br><br>  Defendant. | Case No. C 07-02844 JSW<br><br>**[PROPOSED]**<br>**ORDER ADOPTING THE PARTIES' STIPULATED MOTION TO ESTABLISH DEADLINES AND PAGE LIMITS FOR SPECIFIC MOTIONS** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Having reviewed and considered the Parties' Stipulated Motion to Establish Deadlines and Exceed Page Limits for Specific Motions ("Stipulated Motion"), the Court hereby grants the parties' request and adopts the page limits and deadlines set forth in the Stipulated Motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated this ____ day of _____, 2007.

_____
Jeffrey S. White
U.S. District Judge