IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE O N EQUITY SALES COMPANY,

    Plaintiff,

No. C 07-02844 JSW

v.

DANIEL MARIA CUI,

**ORDER RE STIPULATION ON DEADLINES AND PAGE LIMITS**

    Defendant.
_____/

    Now before the Court is the stipulation filed by the parties regarding deadlines and page limits. Pursuant to Civil Local Rule 72-1, this matter is referred to a randomly assigned magistrate judge for resolution of all discovery matters. Accordingly, the Court need not address the parties' request relating to proposed discovery motions. With respect to the parties' intended motions to compel arbitration and for preliminary injunction, the parties represent that both motions will be on the issue of arbitrability. The Court directs the parties to meet and confer and agree to a briefing schedule whereby:

- one party files an opening motion (either the motion to compel arbitration or the motion for preliminary injunction) which shall be no longer than twenty pages;
- at least two weeks later, the other party shall file its opposition to the first motion and its opening brief for the second motion in one document which shall be no longer than twenty-five pages;

- at least two weeks later, the first party shall file its reply in support of the first motion and its opposition to the second motion in one document which shall be no longer than fifteen pages total;
- and at least one week later, the second party shall file its reply in support of the second motion which shall be no longer than 10 pages.

If either party finds these page limits to be insufficient, such party may submit a stipulation or an administrative motion seeking additional pages. The party must submit the proposed brief along with such stipulation or motion.

**IT IS SO ORDERED.**

Dated: August 29, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

CC:   Wings Hom