ZEIGER, TIGGES & LITTLE LLP
Marion H. Little, Jr., Esq. (admitted *pro hac vice*)
Michael R. Reed, Esq. (admitted *pro hac vice*)
3500 Huntington Center
41 South High Street
Columbus, OH  43215
Telephone:    (614) 365-9900
Facsimile:    (614) 365-7900

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar No. 190279)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:   +1.415.393.9887

Attorneys for Plaintiff
THE O.N. EQUITY SALES COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MARIA CUI, an individual,<br><br>Defendant. | Civil Action No. C-07-2844 JSW (JL)<br><br>**(FILED VIA ECF/PACER)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE PRELIMINARY INJUNCTION HEARING WITH TRIAL ON THE MERITS**<br><br>[E-Filed concurrently with Notice of Motion and Motion]<br><br>DATE:       October 12, 2007<br>TIME:       9:00 a.m.<br>CTRM:      2, 17th floor<br><br>**Complaint filed:**    May 31, 2007<br>**Trial date:**             None |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE
PRELIMINARY INJUNCTION HEARING WITH TRIAL ON THE MERITS

Case No. C-07-2844 JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This matter is before the Court on Plaintiff's Motion to Consolidate Preliminary Injunction Hearing with Trial on the Merits.  Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** and that trial of this action on the merits shall be advanced and consolidated with the hearing of the application for preliminary injunction.

Dated: _____, 2007    _____

United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE
PRELIMINARY INJUNCTION HEARING WITH TRIAL ON THE MERITS

Case No. C-07-2844 JSW