# FORM U5
# UNIFORM TERMINATION NOTICE FOR SECURITIES INDUSTRY REGISTRATION

U5 - FULL
01/03/2005

Rev. Form U5 (06/2003)

### NOTICE TO THE INDIVIDUAL WHO IS THE SUBJECT OF THIS FILING

*Even if you are no longer registered you continue to be subject to the jurisdiction of regulators for at least two years after your registration is terminated and may have to provide information about your activities while associated with this firm. Therefore, you must forward any residential address changes for two years following your termination date or last Form U5 amendment to: CRD Address Changes, P.O. Box 9495, Gaithersburg, MD 20898-9495.*

### 1. GENERAL INFORMATION

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| GARY | LYNN | LANCASTER | |

| Firm CRD #: | Firm Name: | CRD Branch #: | Firm NFA #: |
|---|---|---|---|
| 2936 | THE O.N. EQUITY SALES COMPANY | | |

| Firm Billing Code: | Individual CRD #: | Individual SSN: | Individual NFA #: |
|---|---|---|---|
| | 2730640 | REDACTED | |

| Office of Employment Address Street 1: | Office of Employment Address Street 2: |
|---|---|
| 11020 KING STREET, SUITE 325 | |

| City: | State: | Country: | Postal Code: |
|---|---|---|---|
| OVERLAND PARK | Kansas | USA | 66210 |

**Private Residence Check Box:**
If the Office of Employment address is a private residence, check this box. ☐

Rev. Form U5 (06/2003)

### 2. CURRENT RESIDENTIAL ADDRESS

#### NOTICE TO THE FIRM

*This is the last reported residential address. If this is not current, please enter the current residential address.*

| From | To | Street | City | State | Country | Postal Code |
|---|---|---|---|---|---|---|
| 12/2001 | PRESENT | 1382 LEIGH CT | WEST LINN | OR | USA | 97068 |

Rev. Form U5 (06/2003)

### 3. FULL TERMINATION

**Is this a FULL TERMINATION?** ● Yes ○ No
Note: A "Yes" response will terminate ALL registrations with all SROs and all jurisdictions.

**Reason for Termination:** * Other * Provide an explanation below

TERMINATED WITH PARENT COMPANY

EXHIBIT A

Rev. Form U5 (06/2003)

## 4. DATE OF TERMINATION

**Date Terminated (MM/DD/YYYY):** 01/03/2005
A complete date of termination is required for full or partial termination. This date represents the actual date that the termination of registration is effective.

Rev. Form U5 (06/2003)

## 6. AFFILIATED FIRM TERMINATION

No Information Filed

Rev. Form U5 (06/2003)

## 7. DISCLOSURE QUESTIONS

IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IN SECTION 7 IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S). IF THE INFORMATION IN SECTION 7 HAS ALREADY BEEN REPORTED ON FORM U4 OR FORM U5, DO NOT RESUBMIT DRPs FOR THESE ITEMS. REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U5 INSTRUCTIONS FOR EXPLANATION OF ITALICIZED WORDS.

### Investigation Disclosure

| | | YES | NO |
|---|---|---|---|
| 7A. | Currently is, or at termination was, the individual the subject of an *investigation* or *proceeding* by a domestic or foreign governmental body or *self-regulatory organization* with jurisdiction over *investment-related* businesses? (Note: Provide details of an *investigation* on an Investigation Disclosure Reporting Page and details regarding a *proceeding* on a Regulatory Action Disclosure Reporting Page.) | ○ | ⊙ |

### Internal Review Disclosure

| | | YES | NO |
|---|---|---|---|
| 7B. | Currently is, or at termination was, the individual under internal review for fraud or wrongful taking of property, or violating *investment-related* statutes, regulations, rules or industry standards of conduct? | ○ | ⊙ |

### Criminal Disclosure

| | | YES | NO |
|---|---|---|---|
| 7C. | While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual: | | |
| 1. | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to any *felony*? | ○ | ⊙ |
| 2. | *charged* with any *felony*? | ○ | ⊙ |
| 3. | convicted of or did the individual plead guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving*: investments or an *investment-related* business, or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses? | ○ | ⊙ |
| 4. | *charged* with a *misdemeanor* specified in 7(C)(3)? | ○ | ⊙ |

### Regulatory Action Disclosure

|  | YES | NO |
|---|---|---|
| **7D.** While employed by or associated with your *firm*, or in connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual *involved* in any *disciplinary action* by a domestic or foreign governmental body or *self-regulatory organization* (other than those designated as a "*minor rule violation*" under a plan approved by the U.S. Securities and Exchange Commission) with jurisdiction over the *investment-related* businesses? | ○ | ⊙ |

### Customer Complaint/Arbitration/Civil Litigation Disclosure

|  | YES | NO |
|---|---|---|
| **7E. 1.** In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual named as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigation which alleged that the individual was *involved* in one or more *sales practice violations* and which: |  |  |
| (a) is still pending, or; | ○ | ⊙ |
| (b) resulted in an arbitration award or civil judgment against the individual, regardless of amount, or; | ○ | ⊙ |
| (c) was settled for an amount of $10,000 or more. | ○ | ⊙ |
| **2.** In connection with events that occurred while the individual was employed by or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated complaint, not otherwise reported under question 7(E)(1) above, which alleged that the individual was *involved* in one or more *sales practice violations*, and which complaint was settled for an amount of $10,000 or more? | ○ | ⊙ |
| **3.** In connection with events that occurred while the individual was employed or associated with your *firm*, was the individual the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under questions 7(E)(1) or 7(E)(2) above, which: |  |  |
| (a) would be reportable under question 14I(3)(a) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*; or | ○ | ⊙ |
| (b) would be reportable under question 14I(3)(b) on Form U4, if the individual were still employed by your *firm*, but which has not previously been reported on the individual's Form U4 by your *firm*. | ○ | ⊙ |

### Termination Disclosure

|  | YES | NO |
|---|---|---|
| **7F.** Did the individual voluntarily *resign* from your firm, or was the individual discharged or permitted to *resign* from your firm, after allegations were made that accused the individual of: |  |  |
| 1. violating *investment-related* statutes, regulations, rules or industry standards of conduct? | ○ | ⊙ |
| 2. fraud or the wrongful taking of property? | ○ | ⊙ |
| 3. failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct? | ○ | ⊙ |

Rev. Form U5 (06/2003)

### 8. SIGNATURE

Please Read Carefully

All signatures required on this Form U5 filing must be made in this section.

A "Signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

8A. **FIRM ACKNOWLEDGMENT**
This section must be completed on all U5 form filings submitted by the *firm*.

8B. **INDIVIDUAL ACKNOWLEDGMENT AND CONSENT**
This section must be completed on amendment U5 form filings where the individual is submitting changes to Part II of the INTERNAL REVIEW DRP or changes to Section 2 (CURRENT RESIDENTIAL ADDRESS).

### 8A. FIRM ACKNOWLEDGMENT

I VERIFY THE ACCURACY AND COMPLETENESS OF THE INFORMATION CONTAINED IN AND WITH THIS FORM.

**Person to contact for further information**
TARA TERRELL

**Telephone # of person to contact**
513-794-6029

**Signature of _Appropriate Signatory_**
PAULINE JONES
Type or Print Name of Appropriate Signatory

**Date (MM/DD/YYYY)**
01/03/2005

Rev. Form U5 (06/2003)

### INVESTIGATION DRP
No Information Filed

Rev. Form U5 (06/2003)

### INTERNAL REVIEW DRP
No Information Filed

Rev. Form U5 (06/2003)

### CRIMINAL DRP
No Information Filed

Rev. Form U5 (06/2003)

### TERMINATION DRP
No Information Filed

Rev. Form U5 (06/2003)

### REGULATORY ACTION DRP
No Information Filed

Rev. Form U5 (06/2003)

### CUSTOMER COMPLAINT/ARBITRATION/CIVIL LITIGATION DRP
No Information Filed



## Composite Information

| Individual CRD#: 2730640 | Individual Name: LANCASTER, GARY L |
|---|---|

| | |
|---|---|
| Full Legal Name: | LANCASTER, GARY LYNN |
| Social Security #: | REDACTED |
| Date Of Birth: | 04/25/1951 |
| Residential Address | 400 W. 8TH STREET #204 VANCOUVER, WA 98660 |
| Reportable Disclosures? | The specified individual has no disclosure that qualifies under this section (i.e., disclosure required to be reported on Form U4 or Form U5). Regulatory and Broker/Dealer Users: Please note that there are three types of disclosure in Web CRD: Reportable, Legacy and Archive disclosure. An individual with no reportable disclosure may or may not have Legacy or Archive disclosure. Investment Adviser Users: Please note that IARD does not include Legacy disclosure. Information reported on previous form filings through IARD is available under Filing History. |
| Statutory Disqualification Status | Clear |
| Has Material Difference in Disclosure? | No |
| Current CE Status | Satisfied |

| Disclosure Counts - Current Disclosures | Criminal | Regulatory Action | Customer Complaint | Other |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

| Disclosure Counts - Historical Disclosures | Criminal | Regulatory Action | Customer Complaint | Other |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0 |

⚠ The specified individual has no disclosure that qualifies under this section (i.e., disclosure required to be reported on Form U4 or Form U5). Regulatory and Broker/Dealer Users: Please note that there are three types of disclosure in Web CRD: Reportable, Legacy and Archive disclosure. An individual with no reportable disclosure may or may not have Legacy or Archive disclosure. Investment Adviser Users: Please note that IARD does not include Legacy disclosure. Information reported on previous form filings through IARD is available under Filing History.

## Current Disclosure Summary

| Individual CRD#: 2730640 | Individual Name: LANCASTER, GARY L |


⚠ No Current Employers Found

## Deficiencies With Current Employers

| Individual CRD#: 2730640 | Individual Name: LANCASTER, GARY L |



# Exam Information

| Individual CRD#: 2730640 | | | Individual Name: LANCASTER, GARY L | | | | |

### Exam History

| Exam | Status | Status Date | Exam Date | Grade | Score | Window Begin Date | Window End Date |
|---|---|---|---|---|---|---|---|
| S6 | Official Result | 05/03/1996 | 05/03/1996 | PASSED | 74 | | |
| S7 | Official Result | 10/01/1998 | 10/01/1998 | PASSED | 74 | | |
|    | Official Result | 08/28/1998 | 08/28/1998 | FAILED | 58 | | |
| S63 | Official Result | 04/29/1996 | 04/29/1996 | PASSED | 74 | | |
| S65 | Official Result | 11/11/1998 | 11/11/1998 | PASSED | 88 | | |
|    | Expired | 05/18/1998 | | | 0 | | |



⚠ No Current Employers Found
⚠ No Current CE Requirements

## Current CE Regulatory Element Status

| Individual CRD#: 2730640 | Individual Name: LANCASTER, GARY L |
|---|---|

| Individual CE Information | |
|---|---|
| Current CE Status | SATISFIED |
| CE Base Date | 05/09/1996 |

| Next Requirement | | |
|---|---|---|
| Window | Requirement Type | Session Type |
| 05/09/2007-09/05/2007 | Anniversary | 101 |

# Form Filing History

| Individual CRD#: 2730640 | | Individual Name: LANCASTER, GARY L | |
|---|---|---|---|
| Filing Date | Form Type | Filing Type | Source |
| 10/17/2005 | U5 | Full termination | SLOAN SECURITIES CORP. (17930) |
| 07/27/2005 | U4 | Initial filing | SLOAN SECURITIES CORP. (17930) |
| 01/03/2005 | U5 | Full termination | THE O.N. EQUITY SALES COMPANY (2936) |
| 03/23/2004 | U4 | Initial filing | THE O.N. EQUITY SALES COMPANY (2936) |
| 01/17/2003 | U5 | Full termination | QUICK & REILLY, INC. (11217) |
| 12/16/2002 | U4 | Relicense | QUICK & REILLY, INC. (11217) |
| 12/09/2002 | U5 | Full termination | PIPER JAFFRAY & CO. (665) |
| 06/11/2002 | U4 | RA Transition Filing | PIPER JAFFRAY & CO. (665) |
| 12/21/2001 | U4 | Amendment filing | PIPER JAFFRAY & CO. (665) |
| 11/16/2000 | U5 | Full termination | U.S. BANCORP INVESTMENTS, INC. (17868) |
| 09/22/2000 | U4 | Relicense | PIPER JAFFRAY & CO. (665) |
| 07/11/2000 | U4 | Amendment filing | U.S. BANCORP INVESTMENTS, INC. (17868) |
| 07/11/2000 | U4 | Amendment filing | U.S. BANCORP INVESTMENTS, INC. (17868) |
| 07/05/1999 | U4 | Conversion Filing | U.S. BANCORP INVESTMENTS, INC. (17868) |
| 07/05/1999 | U5 | Conversion Filing | BA INVESTMENT SERVICES, INC. (12965) |
| 07/05/1999 | U4 | Conversion Filing | BA INVESTMENT SERVICES, INC. (12965) |
| 07/05/1999 | U5 | Conversion Filing | STEPHENS INC. (3496) |
| 07/05/1999 | U4 | Conversion Filing | STEPHENS INC. (3496) |
| 07/05/1999 | U5 | Conversion Filing | FIRST INTERSTATE INVESTMENTS, INC. (17101) |
| 07/05/1999 | U4 | Conversion Filing | FIRST INTERSTATE INVESTMENTS, INC. (17101) |

# Registrations Summary

| Individual CRD#: 2730640 | Individual Name: LANCASTER, GARY L |

## Current Firm(s):
### Registrations Summary With Current Employers

⚠ No Current Employers Found.

## Prior Firm(s):
### Registrations Summary With Prior Employers

| Firm Name | Firm CRD | Start Date | End Date | IARD Regs. | CRD Regs. | SFG Member |
|---|---|---|---|---|---|---|
| SLOAN SECURITIES CORP. | 17930 | 07/2005 | 10/2005 | N | N | N |
| THE O.N. EQUITY SALES COMPANY | 2936 | 03/2004 | 01/2005 | N | N | N |
| QUICK & REILLY, INC. | 11217 | 12/2002 | 12/2002 | N | N | N |
| U.S. BANCORP PIPER JAFFRAY INC. | 665 | 09/2000 | 09/2002 | N | N | N |
| U.S. BANCORP INVESTMENTS, INC. | 17868 | 04/1999 | 11/2000 | N | N | N |
| BA INVESTMENT SERVICES, INC. | 12965 | 08/1997 | 03/1999 | N | N | N |
| STEPHENS INC. | 3496 | 04/1996 | 12/1996 | N | N | N |
| FIRST INTERSTATE INVESTMENTS, INC. | 17101 | 03/1996 | 05/1996 | N | N | N |

Back to Top

### Registrations with Prior Employers

| Firm CRD # : 17930 | Firm Name : SLOAN SECURITIES CORP. |

| | |
|---|---|
| Employment Start Date | 07/27/2005 |
| Employment End Date | 10/17/2005 |
| Reason for Termination | Voluntary |
| Termination Comment | |
| Firm Name at Termination | SLOAN SECURITIES CORP. |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date | Registration Status Note |
|---|---|---|---|---|---|---|
| NASD | GS | 07/27/2005 | 10/17/2005 | TERMED | 07/29/2005 | N |
| NY | AG | 07/27/2005 | 10/17/2005 | TERMED | 07/29/2005 | N |
| OR | AG | 07/27/2005 | 10/17/2005 | TERMED | 07/29/2005 | N |
| WA | AG | 07/27/2005 | 10/17/2005 | TERMED | 07/29/2005 | N |

Back to Top

## Registrations with Prior Employers

| Firm CRD # : 2936 | Firm Name : THE O.N. EQUITY SALES COMPANY |
|---|---|
| Employment Start Date | 03/23/2004 |
| Employment End Date | 01/03/2005 |
| Reason for Termination | * Other |
| Termination Comment | TERMINATED WITH PARENT COMPANY |
| Firm Name at Termination | THE O.N. EQUITY SALES COMPANY |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date | Registration Status Note |
|---|---|---|---|---|---|---|
| NASD | GS | 03/23/2004 | 01/03/2005 | TERMED | 03/23/2004 | N |
| NASD | IR | 03/23/2004 | 01/03/2005 | TERMED | 03/23/2004 | N |
| KS | AG | 03/23/2004 | 01/03/2005 | TERMED | 03/23/2004 | N |
| OR | AG | 03/23/2004 | 01/03/2005 | TERMED | 03/23/2004 | N |
| WA | AG | 03/23/2004 | 01/03/2005 | TERMED | 03/23/2004 | N |

Back to Top

## Registrations with Prior Employers

| Firm CRD # : 11217 | Firm Name : QUICK & REILLY, INC. |
|---|---|
| Employment Start Date | 12/16/2002 |
| Employment End Date | 12/19/2002 |
| Reason for Termination | Voluntary |
| Termination Comment | |
| Firm Name at Termination | QUICK & REILLY, INC. |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date | Registration Status Note |
|---|---|---|---|---|---|---|
| NASD | GS | 12/16/2002 | 01/17/2003 | TERMED | 12/16/2002 | N |
| NASD | IR | 12/16/2002 | 01/17/2003 | TERMED | 12/16/2002 | N |
| NYSE | GS | 12/16/2002 | 01/17/2003 | TERMED | 12/16/2002 | N |
| NYSE | IR | 12/16/2002 | 01/17/2003 | TERMED | 12/16/2002 | N |
| CA | AG | 12/16/2002 | 01/17/2003 | TERMED | 12/16/2002 | N |
| ID | AG | 12/16/2002 | 01/17/2003 | TERMED | 12/16/2002 | N |
| OR | AG | 12/16/2002 | 01/17/2003 | TERMED | 12/16/2002 | N |
| OR | RA | 12/16/2002 | 01/17/2003 | TERMED | 12/16/2002 | N |
| WA | AG | 12/16/2002 | 01/17/2003 | TERMED | 12/16/2002 | N |

Back to Top

## Registrations with Prior Employers

| Firm CRD # : 665 | Firm Name : PIPER JAFFRAY & CO. |
|---|---|

| | |
|---|---|
| Employment Start Date | 09/22/2000 |
| Employment End Date | 09/25/2002 |
| Reason for Termination | * Other |
| Termination Comment | WE ARE TERMINATING GARY LANCASTER'S REGISTRATION BECAUSE HE WAS DISCHARGED FROM OUR AFFILIATE U.S. BANK FOR FAILURE TO FOLLOW U.S. BANK'S POLICIES AND PROCEDURES. IT IS NOT SALES PRACTICE RELATED. |
| Firm Name at Termination | U.S. BANCORP PIPER JAFFRAY INC. |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date | Registration Status Note |
|---|---|---|---|---|---|---|
| AMEX | GS | 09/22/2000 | 12/09/2002 | TERMED | 09/22/2000 | N |
| NASD | GS | 09/22/2000 | 12/09/2002 | TERMED | 09/22/2000 | N |
| NASD | IR | 09/22/2000 | 12/09/2002 | TERMED | 09/22/2000 | N |
| NYSE | GS | 09/22/2000 | 12/09/2002 | TERMED | 09/22/2000 | N |
| NYSE | IR | 09/22/2000 | 12/09/2002 | TERMED | 09/22/2000 | N |
| CA | AG | 09/22/2000 | 12/09/2002 | TERMED | 09/22/2000 | N |
| CA | RA | 06/11/2002 | 12/09/2002 | TERMED | 11/03/2000 | N |
| ID | AG | 09/22/2000 | 12/09/2002 | TERMED | 09/22/2000 | N |
| OR | AG | 09/22/2000 | 12/09/2002 | TERMED | 09/22/2000 | N |
| WA | AG | 09/22/2000 | 12/09/2002 | TERMED | 09/22/2000 | N |

Back to Top

## Registrations with Prior Employers

| Firm CRD # : 17868 | Firm Name : U.S. BANCORP INVESTMENTS, INC. |
|---|---|

| | |
|---|---|
| Employment Start Date | 04/01/1999 |
| Employment End Date | 11/07/2000 |
| Reason for Termination | Voluntary |
| Termination Comment | |
| Firm Name at Termination | U.S. BANCORP INVESTMENTS, INC. |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date | Registration Status Note |
|---|---|---|---|---|---|---|
| NASD | GS | 07/05/1999 | 11/16/2000 | TERMED | 06/07/1999 | N |
| ID | AG | 07/05/1999 | 11/16/2000 | TERMED | 06/07/1999 | N |
| OR | AG | 07/05/1999 | 11/16/2000 | TERMED | 06/07/1999 | N |
| WA | AG | 07/05/1999 | 11/16/2000 | TERMED | 06/07/1999 | N |

[Back to Top]
## Registrations with Prior Employers

| Firm CRD # : 12965 | Firm Name : BA INVESTMENT SERVICES, INC. |
|---|---|

| | |
|---|---|
| Employment Start Date | 08/15/1997 |
| Employment End Date | 03/01/1999 |
| Reason for Termination | * Other |
| Termination Comment | ADMINISTRATIVE TERMINATION. |
| Firm Name at Termination | BA INVESTMENT SERVICES, INC. |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date | Registration Status Note |
|---|---|---|---|---|---|---|
| NASD | GS | 07/05/1999 | 03/08/1999 | TERMED | 10/02/1998 | N |
| NASD | IR | 07/05/1999 | 03/08/1999 | TERMED | 09/08/1997 | N |
| NYSE | IR | 07/05/1999 | 10/09/1997 | TERMED | 09/08/1997 | N |
| CA | AG | 07/05/1999 | 03/08/1999 | TERMED | 09/08/1997 | N |
| ID | AG | 07/05/1999 | 03/08/1999 | TERMED | 09/08/1997 | N |
| OR | AG | 07/05/1999 | 03/08/1999 | TERMED | 09/08/1997 | N |
| WA | AG | 07/05/1999 | 03/08/1999 | TERMED | 09/08/1997 | N |

[Back to Top]
## Registrations with Prior Employers

| Firm CRD # : 3496 | Firm Name : STEPHENS INC. |
|---|---|

| | |
|---|---|
| Employment Start Date | 04/12/1996 |
| Employment End Date | 12/31/1996 |
| Reason for Termination | * Discharge |
| Termination Comment | Lack of production. |
| Firm Name at Termination | STEPHENS INC. |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date | Registration Status Note |
|---|---|---|---|---|---|---|
| NASD | IR | 07/05/1999 | 01/06/1997 | TERMED | 08/26/1996 | N |
| AR | AG | 07/05/1999 | 01/06/1997 | TERMED | 08/26/1996 | N |
| OR | AG | 07/05/1999 | 01/06/1997 | TERMED | 08/26/1996 | N |

[Back to Top]
## Registrations with Prior Employers

| Firm CRD # : 17101 | Firm Name : FIRST INTERSTATE INVESTMENTS, INC. |
|---|---|

| | |
|---|---|
| Employment Start Date | 03/18/1996 |

Web CRD Registrations Summary [User Name: pjones1, OrgID: 2936] Page 3 of 3
Case 3:07-cv-02844-JSW    Document 30-2    Filed 09/06/2007    Page 15 of 15
11/16/4
12:36

| Employment End Date | 05/31/1996 |
|---|---|
| Reason for Termination | * Other |
| Termination Comment | POSITION ELIMINATED |
| Firm Name at Termination | FIRST INTERSTATE INVESTMENTS, INC. |

| Regulatory Authority | Registration Category | Filing Date | Status Date | Registration Status | Approval Date | Registration Status Note |
|---|---|---|---|---|---|---|
| NASD | IR | 07/05/1999 | 06/28/1996 | TERMED | 05/09/1996 | N |
| OR | AG | 07/05/1999 | 06/28/1996 | TERMED | 05/09/1996 | N |

Back to Top