UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MARIA CUI, an individual,<br><br>Defendant. | Civil Action No.  C-07-2844 JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>[E-Filed concurrently with Plaintiff's Notice of Motion and Motion For Preliminary Injunction]<br><br>DATE:          TBD<br>TIME:          TBD<br>CTRM:        2, 17th Floor<br>                     Hon. Jeffrey S. White<br><br>**Complaint Filed:**  May 31, 2007<br>**Trial Date:**          None |

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction.  Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.  Defendant Daniel Maria Cui ("Maria Cui") is hereby enjoined from taking any further action with respect to Case No. 07-00936 filed with the National Association of Securities Dealers in or about March 2007, and amended on April 3, 2007.

Dated: _____, 2007          _____
                                                                           United States District Judge

SANFRANCISCO/232892.1

SQUIRE, SANDERS &
DEMPSEY L.L.P.
801 South Figueroa, 14th Floor
Los Angeles, CA  90017-5554

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Case No. C-07-2844 JSW