# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MARIA CUI, an individual,<br><br>Defendant. | Civil Action No. C-07-2844 JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING THE PARTIES TO ENGAGE IN IMMEDIATE DISCOVERY ON THE ISSUE OF ARBITRABILITY**<br><br>[E-Filed concurrently with Plaintiff's Notice of Motion and Motion For An Order Authorizing The Parties To Engage In Immediate Discovery On The Issue Of Arbitrability]<br><br>DATE:   October 12, 2007<br>TIME:   9:00 a.m.<br>CTRM:  2, 17th Floor<br>           Hon. Jeffrey S. White<br><br>**Complaint Filed:** May 31, 2007<br>**Trial Date:**         None |

This matter is before the Court on Plaintiff's Motion For An Order Authorizing The Parties To Engage In Immediate Discovery On The Issue Of Arbitrability. Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.

Dated: _____, 2007    _____
                                                                    United States District Judge

SANFRANCISCO/232890.1

SQUIRE, SANDERS & DEMPSEY L.L.P.
801 South Figueroa, 14th Floor
Los Angeles, CA 90017-5554

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING THE PARTIES TO ENGAGE IN IMMEDIATE DISCOVERY ON THE ISSUE OF ARBITRABILITY

Case No. C-07-2844 JSW