# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: September 7, 2007                **Court Reporter**: Sahar McVickar


**CASE NO. C-07-2844  JSW**

**TITLE:**  The O N Equity Sales Company   v.  Daniel Maria Cui


**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

Marion Little                             Joel Goodman


**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   Plaintiff withdraws the following motions:  Motion for Preliminary Injunction and Motion to Consolidate Hearing on Motion for Preliminary Injunction and Trial.

Counsel shall refer any discovery matter to Magistrate Judge James as the assigned Discovery Judge.

Parties shall meet and confer and agree upon a briefing schedule in accordance with this Court's order dated 8-29-07 on the issue of arbitrability.  Counsel shall submit a joint briefing schedule for the Court's approval - there shall be two weeks between last brief and hearing date.

The Court DENIED the Motion to Compel without prejudice and ordered the motion stricken.