# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, | : |
| Plaintiff, | : Case No. 3:07-cv-02844-JSW |
| vs. | : |
| | : Judge White |
| DANIEL MARIA CUI, | : |
| Defendant. | : |

NOTICE OF VIDEOTAPE DEPOSITION
UPON ORAL EXAMINATION OF DANIEL MARIA CUI

Please take notice that on Monday, November 12, 2007, at 9:00 a.m., at the offices of Squire Sanders & Dempsey, One Maritime Plaza Ste 300, San Francisco, CA 94111-3492, Plaintiff The O.N. Equity Sales Company will take the videotape deposition upon oral examination of Defendant Daniel Maria Cui, before a certified short-hand reporter and notary public.

The oral examination will continue from day-to-day until completed. You are invited to attend and take such part in the examination as you may be advised and as shall be fit and proper.

Respectfully submitted,

Marion H. Little, Jr. (0042679)
Michael R. Reed   (0063995)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio  43215
(614) 365-9900
(Fax) (614) 365-7900

        Joseph Anthony Meckes
        Daniel T. Balmat
        Squire Sanders & Dempsey
        One Maritime Plaza Ste 300
        San Francisco, CA 94111-3492
        (415) 954-0200

        Attorneys for Plaintiff,
        The O.N. Equity Sales Company

### CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing has been served by regular U.S. mail, this 19th day of September, 2007, postage prepaid, upon the following:

        Joel A. Goodman
        Goodman & Nekvasil, P.A.
        14020 Roosevelt Blvd.
        Suite 808
        P.O. Box 17709
        Clearwater, FL 33762

        Cary Scott Lapidus
        Cary S. Lapidus Law Offices
        425 California Street, Suite 2100
        San Francisco, CA 94104

        _____
        Marion H. Little, Jr. (0042679)

414-011: 179725

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE O.N. EQUITY SALES COMPANY, | : | |
| Plaintiff, | : | Case No. 3:07-cv-02844-JSW |
| vs. | : | |
| | : | Judge White |
| DANIEL MARIA CUI, | : | |
| Defendant. | : | |

NOTICE OF VIDEOTAPE DEPOSITION
UPON ORAL EXAMINATION OF ROBERT T. REESE

Please take notice that on Tuesday, November 13, 2007, at 9:00 a.m., at KC's Court Reporting, 270 El Dorado St, Monterey, CA, 93940, Plaintiff The O.N. Equity Sales Company will take the videotape deposition upon oral examination of Robert T. Reese, 9920 Holt Road, Carmel, CA 93923, before a certified short-hand reporter and notary public.

The oral examination will continue from day-to-day until completed. You are invited to attend and take such part in the examination as you may be advised and as shall be fit and proper.

Respectfully submitted,

Marion H. Little, Jr. (0042679)
Michael R. Reed  (0063995)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-9900
(Fax) (614) 365-7900

Joseph Anthony Meckes
Daniel T. Balmat
Squire Sanders & Dempsey
One Maritime Plaza Ste 300
San Francisco, CA 94111-3492
(415) 954-0200

Attorneys for Plaintiff,
The O.N. Equity Sales Company

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served by regular U.S. mail, this 19th day of September, 2007, postage prepaid, upon the following:

Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd.
Suite 808
P.O. Box 17709
Clearwater, FL 33762

Cary Scott Lapidus
Cary S. Lapidus Law Offices
425 California Street, Suite 2100
San Francisco, CA 94104

_____
Marion H. Little, Jr. (0042679)

414-011: 179728

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE O.N. EQUITY SALES COMPANY,           :
                                         :
      Plaintiff,                         :    Case No. 3:07-cv-02844-JSW
                                         :
vs.                                      :
                                         :    Judge White
DANIEL MARIA CUI,                        :
                                         :
      Defendant.                         :

### NOTICE OF VIDEOTAPE DEPOSITION
### UPON ORAL EXAMINATION OF GARY L. LANCASTER

Please take notice that on Thursday, November 15, 2007, at 9:00 a.m., at Beovich, Walter & Friend, 1001 SW Fifth Avenue, Suite 1200, Portland, OR 97204, Plaintiff The O.N. Equity Sales Company will take the videotape deposition upon oral examination of Gary L. Lancaster, 6715 N.E. 63rd Street, Vancouver, WA 98665, before a certified short-hand reporter and notary public.

The oral examination will continue from day-to-day until completed. You are invited to attend and take such part in the examination as you may be advised and as shall be fit and proper.

Respectfully submitted,

_____
Marion H. Little, Jr.   (0042679)
Michael R. Reed   (0063995)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-9900
(Fax) (614) 365-7900

Joseph Anthony Meckes
Daniel T. Balmat
Squire Sanders & Dempsey
One Maritime Plaza Ste 300
San Francisco, CA 94111-3492
(415) 954-0200

Attorneys for Plaintiff,
The O.N. Equity Sales Company

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served by regular U.S. mail, this ___ day of September, 2007, postage prepaid, upon the following:

Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd.
Suite 808
P.O. Box 17709
Clearwater, FL 33762

Cary Scott Lapidus
Cary S. Lapidus Law Offices
425 California Street, Suite 2100
San Francisco, CA 94104

_____
Marion H. Little, Jr. (0042679)

414-011: 179727

2