Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

Cary S. Lapidus (CA Bar No. 123983)
Email: CaryLapidus@aol.com
Law Offices of Cary S. Lapidus
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 296-7101
Facsimile: (415) 296-7821

Attorneys for Defendant Daniel Maria Cui

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THE O.N. EQUITY SALES COMPANY,

         Plaintiff,

   v.

DANIEL MARIA CUI,

         Defendant.

Case No. C 07-02844 JSW

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

           /s/ Joel A. Goodman
           Joel A. Goodman
           Goodman & Nekvasil, P.A.
           14020 Roosevelt Blvd., Suite 808
           P.O. Box 17709
           Clearwater, Florida 33762
           Telephone:  727-524-8486
           Facsimile:  727-524-8786

**Electronic Mail Notice List**

| | |
|---|---|
| Daniel T. Balmat | dbalmat@ssd.com |
| Joseph Anthony Meckes | jmeckes@ssd.com, sfr_docket@ssd.com |
| Marion H. Little, Jr. | little@litohio.com |
| Michael R. Reed | reed@litohio.com |

-1-