Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

Cary S. Lapidus (CA Bar No. 123983)
Email: CaryLapidus@aol.com
Law Offices of Cary S. Lapidus
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 296-7101
Facsimile: (415) 296-7821
Local counsel

Attorneys for Defendant Daniel Maria Cui

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL MARIA CUI, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. C 07-02844 JSW <br><br> **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

    Defendant hereby gives of his notice to intent to rely on the following attached supplemental authority with respect to the Parties' Joint Meet and Confer Letter to the Magistrate (doc. 36).

    1.    Decision in <u>O.N. Equity Sales Company v. Prins</u>, D. Minn. Case No. 07-cv-3075 (MJD/AJB), on October 17, 2007.

|     |     |
| --- | --- |
| 1   | Respectfully submitted, |
| 2   | DATED: October 17, 2007 |

GOODMAN & NEKVASIL, P.A.
By:     /s/ Joel A. Goodman
        Joel A. Goodman
        Attorney *pro hac vice*

LAW OFFICES OF CARY S. LAPIDUS
        Cary S. Lapidus
        Local counsel

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

 /s/ Joel A. Goodman
Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

**Electronic Mail Notice List**

| Name | Email |
| --- | --- |
| Daniel T. Balmat | dbalmat@ssd.com |
| Joseph Anthony Meckes | jmeckes@ssd.com, sfr_docket@ssd.com |
| Marion H. Little, Jr. | little@litohio.com |
| Michael R. Reed | reed@litohio.com |

-2-

Notice of Supplemental Authority    Case No. C 07-02844 JSW