1  Joel A. Goodman (FL Bar No. 802468)
   Admitted *pro hac vice*
2  Email: gn.law@verizon.net
   Goodman & Nekvasil, P.A.
3  14020 Roosevelt Blvd., Suite 808
   P.O. Box 17709
4  Clearwater, Florida 33762
   Telephone:  727-524-8486
5  Facsimile:  727-524-8786

6  Cary S. Lapidus (CA Bar No. 123983)
   Email: CaryLapidus@aol.com
7  Law Offices of Cary S. Lapidus
   425 California Street, Suite 2100
8  San Francisco, CA 94104
   Telephone: (415) 296-7101
9  Facsimile: (415) 296-7821
   Local counsel
10
   Attorneys for Defendant Daniel Maria Cui
11

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13

| 14 | THE O.N. EQUITY SALES COMPANY, | Case No. C 07-02844 JSW |
|---|---|---|
| 15 | Plaintiff, | |
| 16 | v. | **PARTIES' STIPULATED MOTION TO ESTABLISH BRIEFING SCHEDULE** |
| 17 | DANIEL MARIA CUI, | |
| 18 | Defendant. | |

19

20      Defendant Daniel Maria Cui, through his undersigned counsel, and Plaintiff The O.N. Equity

21  Sales Company ("ONESCO"), through its undersigned counsel, hereby submit the parties' stipulated

22  motion to establish a briefing schedule.

23      On August 29, 2007 (doc. 24), this Court directed the parties to agree to a briefing schedule

24  for ONESCO's motion for preliminary injunction and the Defendant's motion to compel arbitration.

25  This Court also provided instructions for preparing the briefing schedule.  Pursuant to those

26  instructions, the parties have agreed on the following briefing schedule.

27      On or before November 14, 2007, ONESCO will file its motion for preliminary injunction

28  and its memorandum in support, limited to not more than 20 pages.

1  On or before November 28, 2007, Defendant will file his motion to compel arbitration, and
2  combined memorandum in support of his motion to compel arbitration and memorandum in
3  opposition to ONESCO's motion for preliminary injunction, limited to not more than 25 pages.
4  On or before December 12, 2007, ONESCO will file its combined reply memorandum in
5  support of its motion for preliminary injunction and memorandum in opposition to the Defendant's
6  motion to compel arbitration, limited to not more than 15 pages.
7  On or before December 19, 2007, Defendant will file his reply memorandum in support of
8  his motion to compel arbitration, limited to not more than 10 pages.
9  The motion for preliminary injunction and motion to compel arbitration will both be noticed
10 for hearing before this Court on January 18, 2008, at 9 a.m..
11 WHEREFORE, the parties jointly request that this Court adopt this joint stipulation.
12 SO STIPULATED.

13 Dated November 6, 2007        GOODMAN & NEKVASIL, P.A.

14                                By:   /s/ Joel A. Goodman
                                       Joel A. Goodman
15                                     Attorney *pro hac vice* for Defendants

16                                LAW OFFICES OF CARY S. LAPIDUS
                                       Cary S. Lapidus, Esq.
17                                     Local Counsel

18
19 Dated November 6, 2007        ZEIGER, TIGGES & LITTLE, LLP

20                                By:   /s/ Marion H. Little, Jr.
                                       Marion H. Little, Jr.
                                       Michael R. Reed
21                                     Attorneys *pro hac vice* for Plaintiff

22                                SQUIRES, SANDERS & DEMPSEY, LLP
                                       Joseph A. Meckes, Esq.
23                                     Daniel T. Balmat, Esq.
                                       Local Counsel
24
25
26
27
28