**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, | Case No. C 07-02844 JSW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ADOPTING THE PARTIES' STIPULATED MOTION TO ESTABLISH BRIEFING SCHEDULE** |
| DANIEL MARIA CUI, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Having reviewed and considered the Parties' Stipulated Motion to Establish Briefing Schedule ("Stipulated Motion") filed on November 6, 2007, the Court hereby grants the parties' request and adopts the page limits and deadlines set forth in the Stipulated Motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated this _____ day of _____, 2007.

_____
Jeffrey S. White
U.S. District Judge