**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O. N. EQUITY SALES COMPANY, | |
| Plaintiff, | No. C 07-02844 JSW |
| v. | |
| DANIEL MARIA CUI, | **ORDER RE O.N. EQUITY SALES COMPANY'S OBJECTIONS TO THE DISCOVERY ORDER** |
| Defendant. | |

On November 2, 2007, plaintiff O.N. Equity Sales Company ("ONESCO") filed objections to Magistrate Judge Maria-Elena James's Discovery Order dated October 19, 2007 (the "Discovery Order"). The Court HEREBY ORDERS defendant Daniel Maria Cui to file a response to ONESCO's objections by no later than November 15, 2007. The response shall be limited to ten pages.

**IT IS SO ORDERED.**

Dated: November 8, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE