1  Joel A. Goodman (FL Bar No. 802468)
   Admitted *pro hac vice*
2  Email: gn.law@verizon.net
   Goodman & Nekvasil, P.A.
3  14020 Roosevelt Blvd., Suite 808
   P.O. Box 17709
4  Clearwater, Florida 33762
   Telephone:  727-524-8486
5  Facsimile:  727-524-8786

6  Cary S. Lapidus (CA Bar No. 123983)
   Email: CaryLapidus@aol.com
7  Law Offices of Cary S. Lapidus
   425 California Street, Suite 2100
8  San Francisco, CA 94104
   Telephone: (415) 296-7101
9  Facsimile: (415) 296-7821
   Local counsel
10
   Attorneys for Defendant Daniel Maria Cui
11
                    **UNITED STATES DISTRICT COURT**
12                  **NORTHERN DISTRICT OF CALIFORNIA**

13  THE O.N. EQUITY SALES COMPANY,    ) Case No. C 07-02844 JSW
                                       )
14              Plaintiff,             ) **STIPULATION FOR ORDER**
                                       ) **EXTENDING TIME FOR**
15       v.                            ) **DEFENDANT TO RESPOND TO**
                                       ) **PLAINTIFF'S OBJECTIONS TO**
16  DANIEL MARIA CUI,                  ) **MAGISTRATE'S DISCOVERY**
                                       ) **ORDER**
17              Defendant.             )
                                       )
18  _____)

19       Defendant Daniel Maria Cui, through his undersigned counsel, and Plaintiff The O.N. Equity

20  Sales Company ("ONESCO"), through its undersigned counsel, hereby stipulate that the Defendant

21  may serve his response to the Plaintiff's objections (doc. 40) to the Magistrate's Order Denying

22  Discovery (doc. 38) by November 19, 2007.

23       SO STIPULATED.

24  Dated November 13, 2007           GOODMAN & NEKVASIL, P.A.

25                                    By:    /s/ Joel A. Goodman
                                             Joel A. Goodman
26                                           Attorney *pro hac vice* for Defendants

27                                    LAW OFFICES OF CARY S. LAPIDUS
                                         Cary S. Lapidus, Esq.
28                                       Local Counsel

| | | |
|---|---|---|
| 1 | Dated November 13, 2007 | ZEIGER, TIGGES & LITTLE, LLP |
| 2 | | By:   /s/ Marion H. Little, Jr. |
| 3 | | Marion H. Little, Jr.<br>Michael R. Reed<br>Attorneys *pro hac vice* for Plaintiff |
| 4 | | |
| 5 | | SQUIRES, SANDERS & DEMPSEY, LLP<br>Joseph A. Meckes, Esq. |
| 6 | | Daniel T. Balmat, Esq.<br>Local Counsel |