Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

Cary S. Lapidus (CA Bar No. 123983)
Email: CaryLapidus@aol.com
Law Offices of Cary S. Lapidus
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 296-7101
Facsimile: (415) 296-7821
Local counsel

Attorneys for Defendant Daniel Maria Cui

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL MARIA CUI, )<br>)<br>Defendant. )<br>_____ ) | Case No. C 07-02844 JSW<br><br>**DECLARATION OF JOEL A. GOODMAN** |

I, Joel A. Goodman, declare and state as follows:

1. I am an attorney licensed to practice law before all courts of the State of Florida. I am a member of Goodman & Nekvasil, P.A., counsel for the Defendant in this cause and in the underlying arbitration. I am fully familiar with the facts set forth below. If called to testify at trial I would and could competently testify to the following.

2. Defendant requests a two-business-day extension of time to respond to the Plaintiff's objections to the Magistrate's Order Denying Discovery. On November 8, 2007, the Court ordered Defendant to respond to the objections one week later on November 15, but counsel finds that, due

to the intervening holiday weekend and his workload and other obligations, he needs two additional business days until November 19, 2007.

3. Defendant has previously obtained a one-week extension of time for the case management conference. The requested two-day extension should not impact the processing of this case in any material way.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 13th day of November, 2007.

                                         /s/ Joel A. Goodman
                                         Joel A. Goodman
                                         Counsel for Defendant