1  Joel A. Goodman (FL Bar No. 802468)
   Admitted *pro hac vice*
2  Email: gn.law@verizon.net
   Goodman & Nekvasil, P.A.
3  14020 Roosevelt Blvd., Suite 808
   P.O. Box 17709
4  Clearwater, Florida 33762
   Telephone:  727-524-8486
5  Facsimile:  727-524-8786

6  Cary S. Lapidus (CA Bar No. 123983)
   Email: CaryLapidus@aol.com
7  Law Offices of Cary S. Lapidus
   425 California Street, Suite 2100
8  San Francisco, CA 94104
   Telephone: (415) 296-7101
9  Facsimile: (415) 296-7821

10  Attorneys for Defendant Daniel Maria Cui

11
                    **UNITED STATES DISTRICT COURT**
12                  **NORTHERN DISTRICT OF CALIFORNIA**

13
    THE O.N. EQUITY SALES COMPANY,                    )
14                                                     )   Case No. C 07-02844 JSW
                     Plaintiff,                        )
15                                                     )
          v.                                           )
16                                                     )   **CERTIFICATE OF SERVICE**
    DANIEL MARIA CUI,                                  )
17                                                     )
                     Defendant.                        )
18  _____         )

19          I hereby certify that on November 13, 2007, I caused the foregoing to be electronically filed

20  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

21  the e-mail addresses denoted on the Electronic Mail Notice List below.

22                              /s/ Joel A. Goodman
                                Joel A. Goodman
23                              Goodman & Nekvasil, P.A.
                                14020 Roosevelt Blvd., Suite 808
24                              P.O. Box 17709
                                Clearwater, Florida 33762
25                              Telephone:  727-524-8486
                                Facsimile:  727-524-8786
26
    **Electronic Mail Notice List**
27  Daniel T. Balmat              dbalmat@ssd.com
    Joseph Anthony Meckes         jmeckes@ssd.com, sfr_docket@ssd.com
28  Marion H. Little, Jr.         little@litohio.com
    Michael R. Reed               reed@litohio.com

-1-