# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

THE O.N. EQUITY SALES COMPANY,                )   Case No. C 07-02844 JSW
                                              )
         Plaintiff,                     )
                                              )   **[PROPOSED]**
    v.                                       )   **ORDER EXTENDING TIME FOR**
                                              )   **DEFENDANT TO RESPOND TO**
DANIEL MARIA CUI,                             )   **MAGISTRATE'S ORDER**
                                              )   **DENYING DISCOVERY**
         Defendant.                     )
                                              )

TO ALL PARTIES AND COUNSEL OF RECORD:

    Having reviewed and considered the Stipulation to Extend Time for Defendant to Respond to Plaintiff's Objections to Magistrate's Order Denying Discovery dated November 13, 2007, the Court grants the Defendant's request and extends the time for Defendant to file a response to Plaintiff's objections (doc. 40) to the Magistrate's Order Denying Discovery (doc. 38) to not later than November 19, 2007.

    **PURSUANT TO STIPULATION, IT IS SO ORDERED**

    Dated this  14  day of November, 2007.


                                        _____
                                        Jeffrey S. White
                                        U.S. District Judge