ZEIGER, TIGGES & LITTLE LLP
Marion H. Little, Jr. (0042679)
Michael R. Reed, Esq. (0063995)
3500 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone: (614) 365-990
Facsimile: (614) 365-7900
Email: little@litohio.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar No. 190279)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Email: **jmeckes@ssd.com**
Email: **dbalmat@ssd.com**

Attorneys for Plaintiff
THE O.N. EQUITY SALES COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL MARIA CUI,<br><br>    Defendant. | Case No. 3:07-cv-02844-JSW<br><br>The Honorable Jeffrey S. White<br><br>**(Filed via ECF/PACER)** |

## AFFIDAVIT OF MARION H. LITTLE, JR.

STATE OF OHIO          :
                       : SS
COUNTY OF FRANKLIN     :

1  Marion H. Little, Jr., first being duly sworn according to law, deposes and states that he has personal knowledge of matters set forth herein except as specifically noted otherwise, and further states as follows:

    1. I am one of the attorneys representing The O. N. Equity Sales Company ("ONESCO"), the Plaintiff in the above-referenced action.

    2. I am also one of the attorneys representing ONESCO in a series of Financial Industry Regulatory Authority, formerly National Association of Securities Dealers ("NASD"), arbitration actions filed against ONESCO by numerous parties who are represented by counsel for Defendant in this action, Joel A. Goodman and his firm, Goodman & Nekvasil, P.A.

    3. Although formal discovery has not commenced in this case, I have obtained the following items, which I believe to be true and accurate copies thereof, through an informal investigation:

- Lancorp Fund Private Placement Memorandum, Exh. A to ONESCO's Complaint.
- Lancorp Fund Subscription Agreement executed by Defendant Maria Cui, Exh. A to ONESCO's Complaint.
- Lancaster's CRD for Gary Lancaster, Exh. B.
- Lancaster's Letter of Acceptance, Waiver and Consent with the NASD, Exh. C.
- Transcript of deposition of Gary Lancaster taken in connection with <u>Securities and Exchange Commission v. Megafund Corp., et al.</u>, Case No. 3:05-CV-1328-L, Exh. D.

    4. Also attached is the Affidavit of Jeffrey Bley attesting to certain facts within his personal knowledge, Exh. E.

    5. If the Court orders formal discovery in this case, ONESCO intends to subpoena witnesses who will be able to authenticate all of the documents cited herein.

2

6. In addition, attached as Exhibits F - N are true and accurate copies of the unpublished decisions ONESCO cited in its Motion for Preliminary Injunction.

Further affiant sayeth naught.

_____
Marion H. Little, Jr.

Sworn to and subscribed in my presence this 14th day of November, 2007.

_____
Notary Public

414-011:181513

TERRI L. THOMPSON
Notary Public, State of Ohio
My commission expires 08/24/2009

3