# Exhibit 2

Case 4:07-cv-00269-RH-WCS Document 18 Filed 09/07/2007 Page 1 of 1
Case 3:07-cv-02684-JSW Document 48-35 Filed 09/07/2007 Page 2 of 31

Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THE O.N. EQUITY SALES COMPANY

    Plaintiff,

v.                                                        CASE NO. 4:07cv269-RH/WCS

CATHERINE A. SCOTT,

    Defendant.

_____/

## ORDER STAYING PROCEEDINGS PENDING
## RULING ON MOTION TO COMPEL ARBITRATION

Defendant's motion for protective order (document 11) is GRANTED. Plaintiff's motion for an order authorizing the commencement of discovery (document 14) is DENIED. All proceedings, other than with respect to defendant's motion to compel arbitration (document 10) are stayed pending issuance of a ruling on the motion to compel arbitration. Plaintiff shall file its response to the motion to compel arbitration by September 13, 2007, in accordance with Local Rule 7.1.

SO ORDERED this 7th day of September, 2007.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| LAWRENCE F. EMMERTZ JR. | : NO. 07cv2670 |

O R D E R

**AND NOW**, this 16th day of November, 2007, upon consideration of defendant's motion for protective order (Document No. 19) and plaintiff's response, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and plaintiff is precluded from taking discovery in this action pending disposition of defendant's motion to compel arbitration and plaintiff's motion to preclude summary disposition of defendant's motion to compel arbitration pending discovery.

                                                  s/William H. Yohn Jr.
                                                  William H. Yohn Jr., Judge