# Exhibit 5

## DECLARATION OF GARY L. LANCASTER

I, GARY L. LANCASTER, declare under penalty of perjury that the following is true and correct:

1. I have personal knowledge of the facts set forth below, and, if called upon to testify as a witness, I could and would testify competently thereto.

2. Throughout the time I was associated or licensed with The O.N. Equity Sales Company ("ONESCO"), I was never advised of the identity of my ONESCO supervisor. ONESCO never provided me with any of the firm's internal rules or regulations such as the firm's procedures or compliance manuals.

3. While at ONESCO, I did not generate any production. ONESCO did not question my lack of production.

4. ONESCO did not notify me that the State of Pennsylvania sent a letter to the firm on September 3, 2004 indicating that it was investigating my outside business activities. (See attached Exhibit "A.") If ONESCO had informed me of the Pennsylvania inquiry, I would have provided all of my Lancorp records to ONESCO. If ONESCO had instructed me to stop selling the Lancorp offering, I would have immediately done so and made arrangements to rescind and return investor funds that I had received for Lancorp.

5. I have more recently during the Spring of 2007, produced to ONESCO and its lawyers a full set of Lancorp records in my possession for all persons who purchased Lancorp from me.

Executed this 4 day of July, 2007.

_____
GARY L. LANCASTER

Case 3:07-cv-02844-JSW   Document 48-6   Filed 11/19/2007   Page 3 of 3



**COMMONWEALTH OF PENNSYLVANIA**
**PENNSYLVANIA SECURITIES COMMISSION**



A. Richard Gerber, Esq., Chairman
Robert M. Lam, Commissioner
Thomas A. Michlovic, Commissioner

Joanne S. Parsons, Secretary
Michael J. Byrne, Acting Chief Counsel
Mary E. Peters, Deputy Chief Counsel

September 3, 2004

Ms. Barbara A. Turner
President and CEO
The O. N. Equity Sales Company
One Financial Way
Cincinnati, OH 45242

    Re:    Docket No.: 2004-05-29

Dear Ms. Turner:

We have received a complaint regarding a current employee, Gary L. Lancaster (CRD #2730640), of your organization. Please send correspondence as to whether the O. N. Equity Sales Company has knowledge of any outside business that O. N. Equity Sales Company has given Mr. Lancaster permission to conduct. Thank you and I look forward to your correspondence.

Very truly yours,

Michael J. Benson
Securities Accountant
Division of Enforcement, Litigation & Compliance

tified Mail Return Receipt Requested: 7003 1010 0002 8158 0949



EXHIBIT A

Eastgate Office Building, 2nd Floor, 1010 North Seventh Street, Harrisburg, PA 17102-1410