October 17, 2003

To: Lancorp Financial Fund Business Trust

Attn: Mr. Lancaster,

My name is Jay Biles and my wife and I would like to be subscribers of the Lancorp Financial Fund. Salena Herring is my wife's first cousin and we met with Kevin Herring and Gary McDuff last week concerning the Lancorp Fund.

Please secure a spot for us in the Lancorp fund if at all possible.

Due to outsourcing of the PC/LAN Infrastructure Group at Marathon Oil Co. that I currently work for, I will be transitioning to a new company (EDS) on Dec. 1st. My 401K funds and retirement funds will be available to us around December 15th of this year (2003). At that time, we would like to use Retirement Accounts Inc. as our Retirement Plan Trustee to transfer approximately $140,000 into the Lancorp Financial Fund Business Trust Escrow Account.

Enclosed please find our subscriber documentation.

If you have any further questions, please do not hesitate to call me or my wife at home at **REDACTED** work phone number is ▓ ▓ ▓

P.S. The account will be set up in my name (Jay C. Biles) since the 401K and the retirement accounts are currently in my name.

Thank you,

*Jay C. Biles     Marsha A. Biles*

Jay C. Biles or Marsha A. Biles

Enclosure

EXHIBIT
B

EXHIBIT L