# INITIAL CONFERENCE CALENDAR

## Before Magistrate Judge Kiyo A. Matsumoto

CASE: 07-cv-3597 O.N. Equity Sales Co. v. Dina

DATE: 12/5/07
TIME AND LENGTH OF CONFERENCE: 20 min.   Recorded: no

APPEARANCES:

For Plaintiff: William Sanchez, Esq. & (Marion Little, Esq. (pro hac vice motion granted)

For Defendant: Joel Goodman, Esq.

THE FOLLOWING RULINGS WERE MADE:

Re D's motion to compel arbitration
D: moves by 12/28/07 to compel arbitration
P: oppose by 1/18/08
D: Reply by 2/4/08 (file entire motion)

Briefing schedule
→ Motion for protective order granted

1. Automatic disclosures by the parties and authorizations for medical, financial, employment or other relevant information are to served by _____.

2. The parties are to serve discovery demands by _____.

3. Application for leave to amend and/or join new parties must be served in accordance with the Judge's practices by _____.

4. Factual discovery must be completed by not applicable

5. Plaintiff(s) must provide expert reports and disclosures by _____. Defendant(s) must provide expert reports and disclosures by _____. Expert depositions must be completed by _____.

6. The parties shall submit pre-motion conference requests by already held - briefing schedule before

7. The next conference is scheduled for _____.

8. A settlement conference is scheduled for _____. By 12:00 noon on _____, the parties shall submit to the court, by fax, settlement statements setting forth the legal and factual bases for their settlement positions and their most recent, best faith demands and offers.

D's motion for a protective order was granted, subject to Judge Dearie ordering discovery if he determines additional facts are necessary to decide defendant's motion to compel arbitration

SO ORDERED
Dated: 12/5/07

U.S. MAGISTRATE JUDGE

U.S.M.J.