Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Cary S. Lapidus (CA Bar No. 123983)
Email: CaryLapidus@aol.com
Law Offices of Cary S. Lapidus
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 296-7101
Facsimile: (415) 296-7821
Local counsel

Attorneys for Defendant Daniel Maria Cui

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY,<br><br>             Plaintiff,<br><br>    v.<br><br>DANIEL MARIA CUI,<br><br>             Defendant. | Case No. C 07-02844 JSW<br><br>**DEFENDANT'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant hereby gives of his notice to intent to rely on the following supplemental authority with respect to the Defendant's Motion to Compel Arbitration and Plaintiff's Motion for Preliminary Injunction.

1.  O.N. Equity Sales Co. v. Samuels, 2008 WL 104079 (M.D. Fla. Jan. 8, 2008) (adopting Magistrate's Report and Recommendation in ONESCO v. Samuels, 2007 WL 4237013 (M.D. Fla. Nov. 30, 2007)).

2.  O.N. Equity Sales Co. v. Thiers, 2008 WL 110603 (D. Ariz. Jan. 10, 2008).

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | DATED: January 15, 2008 | GOODMAN & NEKVASIL, P.A. |
|   |  | By:    /s/ Joel A. Goodman |
| 3 |  | Joel A. Goodman |
|   |  | Attorney *pro hac vice* |

LAW OFFICES OF CARY S. LAPIDUS
　　Cary S. Lapidus
　　Local counsel

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

　　/s/ Joel A. Goodman
Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

**Electronic Mail Notice List**

| Daniel T. Balmat | dbalmat@ssd.com |
|---|---|
| Joseph Anthony Meckes | jmeckes@ssd.com, sfr_docket@ssd.com |
| Marion H. Little, Jr. | little@litohio.com |
| Michael R. Reed | reed@litohio.com |