IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O. N. EQUITY SALES COMPANY, | |
| Plaintiff, | No. C 07-02844 JSW |
| v. | |
| DANIEL MARIA CUI, | **ORDER GRANTING MOTION TO COMPEL ARBITRATION AND DENYING MOTION FOR PRELIMINARY INJUNCTION** |
| Defendant. / | |

Pursuant to the Order granting Defendant's motion to compel arbitration and denying Plaintiff's motion for preliminary injunction and requests for further discovery as MOOT entered today, this action is DISMISSED. The Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 16, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE