08-15394

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 20, 2008

RECEIVED
FEB 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RECEIVED
CATHY A. CATTERSON
U.S COURT OF APPEALS CLERK
FEB 21 2008
FILED _____
DOCKETED _____
DATE _____ INITIAL _____

**CASE NUMBER: CV 07-02844 JSW**

**CASE TITLE: THE O N EQUITY SALES COMPANY-v-DANIEL MARIA CUI**

USCA Case Number:

Dear Sir/Madam:

   Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

cc: Counsel of Record