| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br>SEP 12 2008<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| O.N. EQUITY SALES COMPANY,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>DANIEL MARIA CUI,<br><br>        Defendant - Appellee. | No. 08-15394<br><br>D.C. No. CV-07-02844-JSW/MEJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Pursuant to the stipulation by appellant and appellee under Federal Rule of Appellate Procedure 42(b), it is ordered that appeal no. 08-15394 be dismissed with prejudice. Costs shall be allocated pursuant to the stipulation.

A copy of this order shall act as and for the mandate of this Court.

                For the Court:
                MOLLY C. DWYER
                Clerk of the Court

                Alihandra M. Totor
                Deputy Clerk
                Ninth Cir. R. 27-7/Advisory Note to Rule 27
                    and Ninth Circuit Rule 27-10