**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

September 17, 2008

CASE NUMBER:   **CV 07-02844 JSW**
CASE TITLE:    **THE O N EQUITY SALES COMPANY-v- DANIEL MARIA CUI**
DATE MANDATE FILED:   9/17/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

Distribution:  CIVIL     -   Counsel of Record

               CRIMINAL  -   Counsel of Record
                             U.S. Marshal (Copy of Mandate)
                             U.S. Probation Office

NDC App-16